IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOBBY G. MOORE and DYNNA MOORE,<br>    Plaintiffs,<br><br>    v.<br><br>R.G. BRINKMANN COMPANY d/b/a BRINKMANN CONSTRUCTORS, NEGWER MATERIALS, INC., DURA-STILT SALES LIMITED PARTNERSHIP, IAM OF PUERTO RICO, INC., and TOOLS FOR TRADES, INC.,<br>    Defendants. | No. 3:11-CV-208 JPG-PMF |
| R.G. BRINKMANN COMPANY,<br>    Crossclaimant and Third-party Plaintiff,<br><br>    v.<br><br>IAM OF PUERTO RICO, INC., TOOLS FOR TRADES, INC., DURA-STILT SALES LIMITED PARTNERSHIP, and NEGWER MATERIALS, INC.,<br>    Crossdefendants,<br><br>    and<br><br>AMERICAN EXTERIOR-INTERIOR SERVICES, INC.,<br>    Third-party Defendant. | |
| NEGWER MATERIALS, INC.,<br>    Crossclaimant and Third-party Plaintiff,<br><br>    v.<br><br>IAM OF PUERTO RICO, INC., TOOLS FOR TRADES, INC., and DURA-STILT SALES LIMITED PARTNERSHIP,<br>    Crossdefendants,<br><br>    and<br><br>AMERICAN EXTERIOR-INTERIOR SERVICES, INC.,<br>    Third-party Defendant. | |
| TOOLS FOR TRADES, INC.,<br>    Crossclaimant,<br><br>    v.<br><br>IAM OF PUERTO RICO, INC.,<br>    Crossdefendant. | |

## **JUDGMENT**

    This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**NANCY J. ROSENSTENGEL, Clerk of Court**

**By:s/Deborah Agans, Deputy Clerk**

Dated:  December 10, 2012

Approved:    s/ J. Phil Gilbert
             **J. PHIL GILBERT
             DISTRICT JUDGE**